BEFORE THE SECOND DIVISION, JANUARY 24, 1962

**No. 66408.**—Gimbel Bros., Inc. *v.* United States, protests 305554–K, etc. (New York).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiff was sustained.